# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>COLIBRI MIROSLAVA RODRIGUEZ (2),<br><br>               Defendant. | Case No.: 17-CR-0308-WQH<br><br>ORDER AND JUDGMENT TO DISMISS THE INFORMATION WITHOUT PREJUDICE |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the INFORMATION in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

Dated: April 17, 2017

Hon. William Q. Hayes
United States District Court